Jewell SMITH, Plaintiff–Appellant,

v.

CLARK COUNTY; et al., Defendants–Appellees.

No. 03–15723.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 20, 2004.

Jewell Smith, Indian Springs, NV, pro se.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Jewell Smith, a former Nevada state prisoner, appeals pro se the district court's order denying Smith's motion to reconsider the court's order dismissing Smith's second amended complaint and granting leave to file a third amended complaint as to certain claims. We lack jurisdiction to review the district court's order because it was not final. *See WMX Technologies, Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir.1997) (en banc) (district court order

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

dismissing claims with leave to amend is not a final appealable order).

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.